IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CREATION SCIENCE EVANGELISM,
CREATION SCIENCE EVANGELISM
FOUNDATION,
21 CUMMINGS ROAD TRUST,
400 BLOCK CUMMINGS SUBDIVISION
TRUST,
5720 N. PALAFOX TRUST,
5800 N. PALAFOX TRUST,
20 CUMMINGS ROAD TRUST,

                **Plaintiffs,**

**vs**                                     **Case No.**   3:11cv475

THE UNITED STATES OF AMERICA,
ESCAMBIA COUNTY,

                **Defendants.**

---

## NOTICE OF REMOVAL

The UNITED STATES OF AMERICA, by and through the undersigned Assistant

United States Attorney, pursuant to 28 U.S.C. §1442(a)(1) and 1446, and Local Rule 7.2,

hereby give notice of removal of Case No. 2011-CA-1784, (same style as above) from the

Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, on grounds

that:

1.      The removed suit is in the nature of a quiet title action brought by the plaintiffs seeking an Order declaring that their rights, whatever they may be are superior to the ownership rights as created by this Court's Orders dated June 28, 2007 and July 28, 2009 as entered in Case No. 3:06cr83/MCR.  No trial of the state has yet been had therein and no service on the United States as been perfected.  A copy of the Quiet Title Complaint is attached hereto as Exhibit "A".

2.      The above-captioned action is removable to this Court pursuant to the provisions of Title 28, United States Code, Section 1442(a)(1)and (2), because the case involves the United States sued in an official capacity pertaining to the enforcement of the forfeiture laws of the United States  pursuant to lawful federal statutes.

3.      By filing this Notice of Removal of a Civil Case, the United States does not intend to waive any of the jurisdiction defenses which may be available to them, including plaintiff's failure to comply with Rule 4(i), Federal Rules of Civil Procedure, failure to comply with Title 28, United States Code, Section 2410 (a), and failure to state subject matter jurisdiction and a cause of action upon which relief may be granted.

WHEREFORE, The United States of America gives notice of removal and asks this court to remove Case No. 2011-CA-1784-K from the above identified state court of Florida and to allow the Government, when properly served under Rule 4(i), a full sixty (60) days from the date of service to respond.

Respectfully Submitted;

PAMELA C. MARSH
UNITED STATES ATTORNEY

BENJAMIN W. BEARD
Assistant United States Attorney
Florida Bar No.0145746
21 East Garden Street
Pensacola, FL  32502
850-444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice of Removal of a Civil Case was served by first class mail on Paul John Hansen, Trustee/Director, 1548 N. 19, Omaha. Nebraska 68110,  on this 30 th day of September, 2011.

BENJAMIN W. BEARD
Assistant United States Attorney

3