IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT IN AND FOR
ESCAMBIA COUNTY FLORDIA

| | |
|---|---|
| CREATION SCIENCE EVANGELISM, ) <br> CREATION SCIENCE EVANGELISM ) <br> FOUNDATION, ) <br> 21 CUMMINGS ROAD TRUST, ) <br> 400 BLOCK CUMMINGS SUBDIVISION ) <br> TRUST, ) <br> 5720 N. PALAFOX TRUST, ) <br> 5800 N PALAFOX TRUST, ) <br> 29 CUMMINGS ROAD TRUST, ) <br> Plaintiffs, ) <br> v. ) <br> The United States of America, ) <br> ESCAMBIA COUNTY, ) <br> Defendants. ) | CASE No. 2011 CA1784 <br> K <br><br><br><br> **QUIET TITLE**, <br> Equitable Action |

RE: An action to clear and quiet the Titles of Nine independent Properties as associated with the fact owner in right.

The nine Properties shall be hereafter referred to as No. 1 through No. 9. herein as the subject property, as addressed: (**Corresponding Legal Descriptions at base of this document)

No. 1. 29 CUMMINGS ROAD

No. 2. 21 Cummings

No. 3. 100 Cummings

No. 4. 400 Cummings

No. 5. 116 Cummings

No. 6. 5720 Palofox

No. 7. 5800 Palafox

No. 8. 12 Oleander

No. 9. 120 Oleander

**COMES NOW**, Plaintiff, by Director, signed Trustee, for this **Cause of Action** is commenced as of Plaintiffs right to own, and a record as owned, the subject lands, independent of intrusion from the foreign jurisdiction of the UNITED STATES and its


GOVERNMENT EXHIBIT A

Case: 2011 CA 001784
00008447102
Dkt: CA1024 Pg#:

administrative tribunals, such as the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION, as related to Case No.: 3:06cr83/MCR, in UNITED STATES OF AMERICA v. Kent E. Hovind and Jo D. Hovind, as associated with an ORDER dated 29th day of July, 2009, by the said administrative court, to grant the UNITED STATES OF AMERICA to take possession of the listed properties as a criminal forfeiture.

x- **Defendant**, "The United States of America" a "confederacy", pursuant to Articles of Confederacy 1777, Article I. "The stile of this **confederacy** shall be, "**The United States of America**." Addressed as related to the listed properties is: C/O URS, ATTN BRIGIT K FLORES, 10687 GASKINS, WAY STE 101, MANASSAS, VA 20109, as found in the County Deeds Registry.

x- **Defendant**, ESCAMBIA COUNTY, Addressed Mail: 221 PALAFOX PL STE 420 PENSACOLA, FL 32502, is an inseparable part of the UNITED STATES, pursuant to 28 U.S.C. PART VI CHAPTER 176 SUBCHAPTER A § 3002(14) (15)(A): "a **Federal corporation;**".

Plaintiff asserts that the "ORGANIC LAWS OF THE UNITED STATES OF AMERICA" as they are found in the current written law in the United States Code, assert the following:

   a. Land that is **not** owned by the United States of America, the Confederacy is not within the "exclusive Legislative.. Authority" pursuant to Article I, Section 8, (par.17) USA Const. of 1787.

   b. All UNITED STATES administrative courts are legislative, and can only administer with authority, in any conveyance, or forfeiture, of land, within the

2

said "exclusive Legislative.. Authority" of the UNITED STATES, as a **Federal corporation**, pursuant to 28 U.S.C. PART VI CHAPTER 176 SUBCHAPTER A § 3002(14) (15)(A).

c. That the subject listed Property / Land, is land that is independent of the Land that is subject to the said "exclusive Legislative.. Authority", and is so evidenced by Deeds issued by the United States of America, commonly known as **Land Patents of**, and also evidenced as being independent for no record exists of the subject Land as being re-purchased, or ceded back, to the United States of America as fact evidence of ownership by the United States of America.

d. That due to the fact that the United States of America has not taken possession, of the listed subject properties, by constituted due process, no proprietary right existed with the UNITED STATES to use its written law to take the said Land by forfeiture or any other UNITED STATES administrative process.

e. That Plaintiffs are all owners of the listed Property, respectively, as in a right and are independent of UNITED STATES written law.

f. That Plaintiffs have right to demand that the UNITED STATES OF AMERICA leave Plaintiff's, listed respective Properties, and remove all document claims, in all county registrar offices, as to claims of ownership.

g. That the captioned court has jurisdiction to order its agents, and its Government records, to be compliant of the Plaintiff's rights of ownership and independence from the UNITED STATES, pursuant to the Organic Law that declare; "…the **free inhabitants** of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all **privileges** and immunities of **free citizens**

3

in the several States;..." as found in Article 4 of the Articles of Confederation of 1777, as the Plaintiffs are "free inhabitants" therefore have privilege to a clear and accurate record of their ownership of the subject lands, to prevent all Government intrusion that results from any false public records, which is within the jurisdiction of the Court, as all UNITED STATE offices and employees are subject to the "supreme Law of the Land" pursuant to the US Const. 1787- Article VI , par. 2.

h. That the Escambia Office of Official Records (Registrar of Deeds) upon the Court Order, as detailed above, has altered the record on each of the listed Properties / Land to change the listed owner to show the UNITED STATES OF AMERICA as the current owner, and removed the Plaintiffs as owners, to their respective properties.

i. That the Defendant has no evidence to the contrary that the listed Properties are **not** of any District as described in 28 USC (UNITED STATE CODE) CHAPTER 5, specifically not of District 89. Florida. That only land owned or ceded by the United States of America, in the listed territories, constitutes land of the said Districts.

j. The said Escambia Office of Official Records, County of Escambia Recorders Office, Registry of Deeds, has on the date of July 29-2009, created a cloud on all the listed Properties Titles by altering the ownership designation without a legal contractual agreement, or deed, between the Owners and the United States of America, or an order from a court of competent jurisdiction.

4

k. And being that the listed Properties are not supported by evidence of being within the "exclusive Legislative.. Authority" of the UNITED STATES no UNITED STATES administrative order has any force or effect of law effecting such Land and owners have right of public record to reflect the same.

**WHEREFORE**, Plaintiff, by and through their signed Trustee, Director, petitions this Court to issue an order to the <u>Clerk of the Circuit Court</u>, of the Official Records, of Escambia County (As Recorder of Deeds) to correct each and every listed property to have the recorded owner, as to each respective Property, as they were before the changes were made pursuant to the mentioned US District Court "ORDER dated as the 29th day of July, 2009". And / or, also, determine The United States of America has no ownership interest, that can be offered for sale, of the listed properties.

September 16, 2011  *Paul Hansen*
Paul John Hansen, Trustee, Director

\*\*
**NOTICE** - All Land /Property below is **without** the UNITED STATES.
No. 1. 29 CUMMINGS ROAD
   <u>Description</u>: LT 8 CUMMINGS S/D PB 1 P 86 OR 4631 P 1450 SEC 35/47 T 1S R 30
No. 2. 21 Cummings
   <u>Description</u>: S 119 FT OF LT 7 CUMMINGS S/D PB 1 P 86 OR 4586 P 1836 SEC 35/47 T 1S R 30

No. 3. 100 Cummings
THAT PORTION OF LOTS 9 AND 10 CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC
RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID LOT 10 FOR THE POINT OF BEGINNING; THENCE SOUTH 25°45'00" EAST ALONG THE EAST LINE OF LOT 10 A DISTANCE OF 181.50 FEET TO THE SOUTHEAST CORNE OF LOT 10; THENCE SOUTH 64°15'00" WEST ALONG THE SOUTH LINE OF LOT 10 A DISTAN( OF 9.00 FEET TO A POINT, SAID POINT BEING THE PC OF A CURVE TO THE LEFT; THENCE FROM SAID POINT SOUTH 72°48'30" WEST A DISTANCE OF 86.69 FEET; THENCE NORTH 25°25'44" WEST A DISTANCE OF 168.60 FEET TO THE NORTH LINE OF LOT 10; THENCE NORTH 64°15'00" EAST ALONG THE NORTH LINE OF LOT 10 A DISTANCE OF 93.78 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH NON-EXCLUSIVE EASEMENT:
THAT PORTION OF LOT 10, CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHEAST CORNER OF SAID LOT 10; THENCE S 64°15'00" W ALONG THE NORTH RIGHT OF WAY LINE OF CUMMINGS ROAD
(66' RIGHT OF WAY) FOR 9.00 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 91.00 FEET, SAID POINT BEING THE POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID CURVE (DELTA ANGLE = 33°44'37", CHORD DISTANCE = 52.82 FEET, CHORD BEARING = S 47°22'42" W) FOR AN ARC DISTANCE OF 53.59 FEET; THENCE N 38°48'12" W FOR 24.40 FEET; THENCE N 72°48'30" E FOR 56.69 FEET TO THE POINT OF BEGINNING.

No. 4. 400 Cummings
BEG AT NE COR LT 10 S 64 DEG 15 MIN W ALG N LI LT 10 93 78/100 FT FOR POB CONT S 64 DEG 15 MIN 0 SEC W ALG SD N LI & ITS WLY EXTEN 126 54/100 FT N 25 DEG 45 MIN0 SEC W 267 FT TO SLY R/W LI OF OLEANDER DR S 64 DEG 15 MIN 0 SEC W 33 FT S 25 DEG 45 MIN 0 SEC E 138 FT SS 64 DEG 15 MIN 0 SEC W 42 FT S 25 DEG 45 MIN 0 SEC E 129 FT TO N LI OF LT 9 S 64 DEG 15 MIN 0 SEC W 7 26/100 FTS 24 DEG 32 MIN 18 SEC E 140 05/100 FT TO SW COR OF LT 9 S 82 DEG 54 MIN 55 SEC E 244 33/100 FT TO NWLY R/W LI OF CUMMINGS RD (66 FT R/W) SD PT BEING ON CIRCULAR CURVE CONCAVE SE RADIUS 91 FT DELTA ANG 90 DEG NELY ALG NWLY R/W LI & CURVE ARC DIST 142 94/100 FT (CHORD DIST 128 69/100 FT CHORD BEARING N 19 DEG 15 MIN 0 SEC E) S 72 DEG 48 MIN 30 SEC W 86 69/100 FT N 25 DEG 25 MIN 44 SEC W 168 60/100 FT TO POB BEING A PORTION OF LTS 9 & 10 CUMMINGS S/D PB 1 P 86 OR 4586 P 1838

No. 5. 116 Cummings

*Lot 14, Cummings Subdivision, being a portion of Section 35, Township 1 South,*
*Range 30 West, Escambia County, Florida, according to plat recorded in Plat Book 1,*
*Page 86 of the Public Records of said County.*

No. 6. 5720 Palofox

<u>Description</u>: S 125 FT OF LT 66 AVERIA TRACT PLAT DB P P 206 OR 4717 P 607

6

No. 7. 5800 Palafox
BEG AT SW COR OF LT 66 AVERIA S/D PLAT DB P P 206 N 19 DEG 21 MIN 0 SEC W ALG E R/W LI OF PALAFOX ST (66 FT R/W) 125 FT FOR POB CONT N 19 DEG 21 MIN 0 SEC W 150FT N 68 DEG 12 MIN 27 SEC E 194 50/100 FT N 24 DEG 03 MIN 31 SEC E 64 20/100 FT S 38 DEG 56 MIN 0 SEC E 218 FT S 70 DEG 44 MIN 0 SEC W 311 50/100 FT TO POB OR 4776 P 1592

No. 8. 12 Oleander
BEING A PART OF LOT 6, SECTION 35, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, AND STARTING AT THE INTERSECTION OF THE SOUTH LINE OF SAID LOT 6 WITH THE WEST LINE OF THE RIGHT OF WAY OF THE LOUISVILLE & NASHVILLE RAILROAD; THENCE ALONG THE SOUTH LINE OF SAID LOT 6 WEST A DISTANCE OF 1126 FEET TO A POINT FOR THE POINT OF BEGINNING; THENCE RUN NORTH PARALLEL TO THE WEST LINE OF THE RIGHT OF WAY OF THE LOUISVILLE & NASHVILLE RAILROAD A DISTANCE OF 324 2/3 FEET TO THE NORTH LINE OF SAID LOT 6; THENCE RUN WEST ALONG THE NORTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO A STAKE; THENCE RUN SOUTH PARALLEL WITH THE EAST LINE OF THE TRACT OF LAND HEREIN DESCRIBED A DISTANCE OF 324 2/3 FEET TO THE SOUTH LINE OF SAID LOT 6; THENCE RUN EAST ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO THE POINT OF BEGINNING.

No. 9. 120 Oleander
     Legal – A PART OF LOT 6, SECTION 35, TOWNNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, STARTING AT THE POINT WHERE THE SOUTH LINE OF LOT 6 INTERSECTS THE WEST SIDE OF THE RIGIT OF WAY OF THE L & N RAILROAD, RUNNING THENCE WESTERLY ALONG THE SOUTH LINE OF LOT 6, A DISTANCE OF 264 FEET FOR A POINT OF BEGINNING; RUNNING THENCE WESTERLY ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 264 FEET TO A STAKE; THENCE RUNNING NORTH PARALLEL TO THE RIGHT OF WAY LINE OF LOT L & N RAILROAD COMPANY A DISTANCE OF 324 2/3 FEET TO THE NORTH LINE OF SAID LOT 6, THENCE RUNNING SOUTHERLY IN A STRAIGIT LINE PARALLEL TO THE RIGIT OF WAY OF THE L & N RAILROAD COMPANY A DISTANCE OF 324 2/3 FEET TO THE POINT OF BEGINNING.

September 16, 2011 _____/s/ Paul Hansen_____ Paul John Hansen, Trustee, Director,
1548 N 19, Omaha, NE 68110
402-957-2853  pauljjhansen@hotmail.com

7



EXECUTIVE ADMINISTRATION
ACCOUNTING DIVISION
APPEALS DIVISION
ARCHIVES AND RECORDS
CENTURY DIVISION
CLERK TO THE BOARD
COUNTY CIVIL
COUNTY CRIMINAL
COURT DIVISION
CIRCUIT CIVIL
CIRCUIT CRIMINAL
DOMESTIC RELATIONS
FAMILY LAW

**ERNIE LEE MAGAHA**
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
ESCAMBIA COUNTY, FLORIDA

• AUDITOR• Accountant • EX-OFFICIO CLERK TO THE BOARD • CUSTODIAN OF COUNTY FUNDS •

FINANCE
JURY ASSEMBLY
GUARDIANSHIP
HUMAN RESOURCES
JUVENILE DIVISION
MARRIAGE
MENTAL HEALTH
MANAGEMENT INFORMATION SYSTEMS
OFFICIAL RECORDS
ONE STOP
OPERATIONAL SERVICES
PROBATE DIVISION
TRAFFIC DIVISION
TREASURY

September 23, 2011

Paul John Hansen
1548 N 19
Omaha NE 68110

RE:   Creation Science Evangelism, et al
vs.   United States of America, et al
      Case Number 2011 CA 1784

Dear Sir:

Please find enclosed two date stamped copies of your complaint and two copies of a summons for each defendant listed in the complaint. At this time there is a balance due of $420.00 which represents the statutory filing fee of $400.00 and the statutory summons issuance fee of $20.00.

Please remit payment to the Clerk's Office upon receipt of this notice. Be sure to include the case number with your payment. If payment is not received within 90 days, this account will turned over to the Clerk's contracted collection agency for further action.

If you have any questions, please contact this office at (850)595-4130.

Sincerely,

Ernie Lee Magaha
Clerk of the Circuit Court & Comptroller

By: *[signature]*
Deputy Clerk

Case: 2011 CA 001784
00018431469
Dkt: CA1325 Pg#: