IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTIAN SCIENCE EVANGELISM FOUNDATION, et al.,**

    Plaintiffs,

v.                                       Case No. 3:11cv475/MCR/CJK

**UNITED STATES OF AMERICA, et al.,**

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 18, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITHOUT PREJUDICE pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(b), for plaintiffs' failure to prosecute and failure to comply with an order of this court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of December, 2011.

                                     s/ *M. Casey Rodgers*
                                     **M. CASEY RODGERS**
                                     **CHIEF UNITED STATES DISTRICT JUDGE**